**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Marcus Sharif McNeal,<br><br>    Petitioner<br><br>    v.<br><br>Jerry Howell, *et al.*,<br><br>    Respondents | Case No. 2:19-cv-00679-JAD-VCF<br><br>**Order Dismissing Action**<br><br>[ECF No. 1] |

This habeas corpus action was initiated by Marcus Sharif McNeal, a prisoner at Nevada's Southern Desert Correctional Center. McNeal filed a Petition for Writ of Habeas Corpus[1] and an Application to Proceed *in Forma Pauperis*.[2]

The financial information provided with McNeal's Application to Proceed *in Forma Pauperis* indicates that he is unable to pay the filing fee for this action, so I grant the application and will not require McNeal to pay the filing fee for this action.

However, I dismiss this case because it is duplicative of another action he already has pending before me: Case Number 2:16-cv-01618-JAD-GWF. In both that case and this one, McNeal challenges his 2013 judgment of conviction in Nevada's Eighth Judicial District Court.[3] Because this case is duplicative of his 2016 pending one, I summarily dismiss this case because it is duplicative and serves no legitimate purpose. McNeal must assert any challenge to his 2013 convictions in already pending Case Number 2:16-cv-01618-JAD-GWF.

---

[1] ECF No. 1-1.

[2] ECF No. 1.

[3] *See* Petition for Writ of Habeas Corpus (ECF No. 1-1), p. 2, ¶ 6 (McNeal acknowledges that he challenges the same convictions in both cases).

1

**IT IS THEREFORE ORDERED** that the petitioner's Application to Proceed *in Forma Pauperis* **[ECF No. 1] is GRANTED**. Petitioner is not required to pay the filing fee for this action.

**IT IS FURTHER ORDERED** that this action is DISMISSED.

**IT IS FURTHER ORDERED** that the petitioner is denied a certificate of appealability because reasonable jurists would not find this order to be debatable.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.

Dated: April 23, 2019

_____
U.S. District Judge Jennifer A. Dorsey